**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00063-REB-KLM

FITNESS TOGETHER FRANCHISE CORPORATION, a Arizona corporation,

    Plaintiff,

v.

PETER PIRANIO, an individual,
ANNETTE PIRANIO, an individual, and
PIRANIO FITNESS SYSTEMS, INC., a Wisconsin Corporation,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before me is defendants' **Unopposed Motion To Amend Scheduling Order** [#13],[2] filed January 16, 2015. I find and conclude that the motion is well-taken and thus grant the relief requested therein.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendants' **Unopposed Motion To Amend Scheduling Order** [#13], filed January 16, 2015, is **GRANTED**;

    2. That the **Scheduling Order** [#12], filed January 12, 2015, is **AMENDED** as follows:

        a. That defendants **SHALL FILE** responses (or a consolidated response) to the **Motion for Preliminary Injunction** [#3], filed January 9, 2015, by **January 21, 2015**; and

---

    [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

    [2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      b.  That plaintiff **SHALL FILE** a reply to any corresponding response by **January 26, 2015**; and

3.  That the change in these deadlines shall not effect the date currently scheduled for the hearing of this matter (if such is deemed necessary), as set forth more fully in the **Scheduling Order** [#12], filed January 12, 2015.

Dated: January 20, 2015.