### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 1:15-cv-00063 REB-KLM

FITNESS TOGETHER FRANCHISE CORPORATION, a Arizona corporation,

    Plaintiff,

v.

PETER PIRANIO, an individual,
ANNETTE PIRANIO, an individual, and
PIRANIO FITNESS SYSTEMS, INC., a Wisconsin Corporation,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before the court is the parties' **Joint Motion for Confirmation of Arbitration Award and Entry of Stipulated Permanent Injunction** [#34],[1] filed July 17, 2015. Having reviewed the motion and the file, the court finds that the motion is well-taken and should be granted.

**THEREFORE IT IS ORDERED** that the **Stipulated Permanent Injunction** [#34-1], entered by the arbitrator in the underlying arbitration proceeding on July 10, 2015, a copy of which is attached to this Order, is confirmed and entered as an order of this court.

---

[1] "[#34]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

Dated July 22, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge