**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00063-REB-KLM

FITNESS TOGETHER FRANCHISE CORPORATION, a Arizona corporation,

    Plaintiff,

v.

PETER PIRANIO, an individual,
ANNETTE PIRANIO, an individual, and
PIRANIO FITNESS SYSTEMS, INC., a Wisconsin Corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#36][1] filed July 24, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** is approved; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated July 27, 2015, at Denver, Colorado.

                         **BY THE COURT:**

                         */s/ Robert E. Blackburn*
                         Robert E. Blackburn
                         United States District Judge

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.